1  Amrane Cohen, Chapter 13 Trustee
   770 The City Drive South, Suite 3300
2  Orange, CA 92868
   Phone (714) 621-0200
3  Fax   (714) 621-0277

**FILED FEB 18 2010**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

4           **United States Bankruptcy Court**
            **Central District of California**
5

6                                          ) Chapter 13
                                           )
7  FERNANDO LEONE                          ) Case No.: 8:05-bk-16272-ES
                                           )
8                                          ) **NOTICE OF UNCLAIMED DIVIDEND**
                                           ) (Bankruptcy Rule 3011)
9                                          )
                                           )
10                                         )
                                           )
11 _____ )

12      TO THE CLERK OF THE ABOVE-ENTITLED COURT:

13      Please find annexed hereto Check No. **300684** in the sum of **$475.00**

14 representing an unclaimed dividend in the above-entitled Debtor's estate.

15 Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The name and

16 address of the party entitled to said unclaimed dividend is as follows:

17      FERNANDO LEONE
        1801 GREENLEAF
18      #6
        SANTA ANA
19      , CA 927010000

20

21 Date: February 14, 2010                  _____
                                            Amrane Cohen, Chapter 13 Standing Trustee
22

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0516272 | FERNANDO LEONE ACCT: | Claim: 00000 | XXX-XX-6892 | 475.00 | 0.00 | 475.00 |
| | | TOTALS | | 475.00 | 0.00 | 475.00 |

FERNANDO LEONE

BALANCE:       [0.00 13/00000]
SSN: XXX-XX-6892   SSN:
ACCT:                         CASE: 0516272
PRINCIPAL:      475.00   INTEREST:       0.00

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79
611

0300684

Feb 14, 2010

VOID 90 DAYS FROM DATE

*******$475.00

**PAY**   Four Hundred Seventy Five And 00 / 100 Dollars

**TO THE ORDER OF**   *U.S. BANKRUTCY COURT (FISCAL DEPT.)*
255 E. TEMPLE STREET
LOS ANGELES, CA 90012

⑈0300684⑈ ⑆061100790⑆ 000000575186 2⑈